IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY DOMENIC REO,** : | |
| : | |
| Plaintiff, : | **CASE NO. 1:18-cv-02955-CAB** |
| : | |
| vs. : | **JUDGE BOYKO** |
| : | |
| **LIFESHIELD NATIONAL INSURANCE** : | |
| **CO.,** *et al.,* : | |
| : | |
| Defendants. : | |

**DEFENDANT LIFESHIELD NATIONAL INSURANCE CO.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant LifeShield National Insurance Co. ("LifeShield") hereby files this unopposed motion seeking to extend the deadline by which LifeShield must answer, move or otherwise respond to the Complaint by 14 days, up to and including January 11, 2019. Counsel for Plaintiff has agreed to this extension. This enlargement of time is not sought for purposes of harassment or delay

Respectfully submitted,

*/s/Aneca E. Lasley*
Aneca E. Lasley (0072366)
Squire Patton Boggs (US) LLP
41 South High Street, Suite 2000
Columbus, OH 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
Email: aneca.lasley@squirepb.com

*Counsel for Defendant LifeShield National Insurance Co.*

.

## CERTIFICATE OF SERVICE

On December 27, 2018, this document was filed electronically with the Clerk of the United States District Court for the Northern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/Aneca E. Lasley*
Counsel for Defendant LifeShield National Insurance Co.