# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Anthony Domenic Reo,** | Case No. 1:18-cv-02955-CAB |
| Plaintiff, | Hon. Christopher A. Boyko |
| v. | |
| **Life Shield National Insurance Co. et. al.** | |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL [WITHOUT PREJUDICE] OF DEFENDANT'S LIFE SHIELD AND FEDERAL INSURANCE

By stipulation of the Parties, through the undersigned attorneys, Defendants LifeShield National Insurance Company ("LifeShield") and Federal Insurance Company [herein named "Chubb Federal"] are hereby dismissed, without prejudice per F.R.C.P 41(a), from the instant action. Plaintiff will be simultaneously seeking to file an amended complaint naming as the sole defendant, Health Insurance Innovations for having made or caused to be made the actual calls at dispute in the instant action.

RESPECTFULLY SUBMITTED,

/S/ BRYAN ANTHONY REO
Bryan Anthony Reo (#0097470)
Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE

*Attorney for Anthony Domenic Reo*

RESPECTFULLY SUBMITTED,

/s/ David D. Yeagley
David D. Yeagley (0042433)
Ulmer & Berne LLP
1660 West 2nd Street
Cleveland, Ohio 44113
Telephone: (216) 583-7216
Facsimile: (216) 583-7217
dyeagley@ulmer.com

*Attorney for Federal Insurance Company*

RESPECTFULLY SUBMITTED,

*/s/ Aneca E. Lasley*
Aneca E. Lasley (0072366)
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
Email: aneca.lasley@squirepb.com

*Attorney for Defendant LifeShield National Insurance Co.*